**Fill in this information to identify the case and this filing:**

Debtor Name  Caribbean Commercial Investment Bank Ltd.

United States Bankruptcy Court for the: ___Southern___  District of __New York__
                                                                                    State)

Case number (If known): __16-13311 (SMB)___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __12/20/2016__        x _____
             MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                  William Tacon
                                  Printed name

                                  Administrator and Foreign
                                  Representative
                                  Position or relationship to debtor

American LegalNet, Inc.
www.FormsWorkFlow.com

REED SMITH LLP
James C. McCarroll
Jordan W. Siev
Kurt F. Gwynne (*pro hac vice*)
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
         jsiev@reedsmith.com
         kgwynne@reedsmith.com

*Proposed Counsel for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Caribbean Commercial Investment Bank Ltd., | Case No.:  16-13311 (SMB) |
| Debtor. | |

<div align="center">

**GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY AND DISCLAIMER
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

</div>

On November 22, 2016 (the "***Petition Date***"), Caribbean Commercial Investment Bank Ltd. as debtor and debtor in possession under the control of William Tacon, the Administrator appointed by the Eastern Caribbean Supreme Court (the "***Administrator***"), commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of New York (the "***Court***").  The Schedules of Assets and Liabilities and Statement of Financial Affairs, including all attachments thereto (the "***Schedules and Statement***") have been prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "***Bankruptcy Rules***") by the Administrator and are unaudited.

While the Debtor, acting through the Administrator, has made every effort to ensure that the Schedules and Statement are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred.  The Debtor reserves all rights to amend or supplement the Schedules and Statement as is necessary and appropriate.

William Tacon has signed the Schedules and Statement. In reviewing and signing the Schedules and Statement, Mr. Tacon has necessarily relied upon the efforts, statements and representations of various personnel of FTI. Mr. Tacon has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in and comprise an integral part of the Schedules and Statement. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement.[1]

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the Debtor's financial statements (whether publicly filed or otherwise). The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor has made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, but further research or discovery may identify subsequent information that may necessitate material amendments to the Schedules and Statement. As a result, the Debtor is unable to warrant or represent that the Schedules and Statement are without inadvertent errors, omissions or inaccuracies. The Debtor reserve all rights to amend or supplement the Schedules and Statement as is necessary and appropriate.

Nothing contained in the Schedules and Statement shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case or otherwise, including, without limitation, any issues involving equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

1.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a)    <u>Amendments and Supplements.</u>  While the Debtor made reasonable and good faith efforts to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statement as is necessary and appropriate.

b)    <u>Claims Description.</u>  Any failure to designate a claim on the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an

---

[1] These Global Notes are in addition to the specific notes contained in Debtor's Schedules and Statement. The fact that the Debtor has prepared a "Specific Note" with respect only to specific Schedules and Statement should not be interpreted as a decision by the Debtor to exclude the applicability of such Specific Note to any of the Debtor's remaining Schedules and Statement, as appropriate.

admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute any claim, whether reflected on the Schedules and Statement or asserted pursuant to a filed proof of claim, on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated."

c) <u>Classifications.</u>  Listing a claim or contract (1) on Schedule D as "secured," (2) on Schedule E/F (Part 1) as "priority," (3) on Schedule E/F (Part 2) as "unsecured," or (4) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

d) <u>Causes of Action.</u>  Despite reasonable and good faith efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and Statement.  The Debtor reserves all rights with respect to any causes of action, and nothing in the Global Notes or the Schedules and Statement shall be deemed a waiver of any such causes of action.

e) <u>Estimates and Assumptions.</u>  In preparing the Schedules and Statement, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure and potential values of contingent assets and liabilities on the date of the Schedules and Statement and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

f) <u>Foreign Currency.</u>  Except as may be expressly set forth, all amounts are reflected in U.S. dollars.  Notwithstanding, certain values are carried on the Debtor's books and records in currencies other than U.S. dollars and such amounts have been converted to U.S. dollar equivalents for purposes of inclusion on the Statement and Schedules.

g) <u>GAAP.</u>  Given the difference between the information requested in the Schedules and Statement, and the financial information utilized under GAAP, the aggregate asset values and claim amounts set forth in the Schedules and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

h) <u>Intellectual Property Rights.</u>  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have

3

not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. The Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

i) <u>Liabilities.</u> If and where applicable, the Debtor allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change. The Debtor reserves all rights to modify, amend and supplement the Schedules and Statement as is necessary and appropriate.

j) <u>Recharacterization.</u> Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

k) <u>Setoffs.</u> The Debtor's claims and liabilities may be subject to certain setoffs and other similar rights in the ordinary course of business. Although the exercise of such setoffs and other similar rights may have been taken into consideration when scheduling certain amounts, setoffs and these other rights are not independently accounted for, and as such, are excluded from the Schedules and Statement.

l) <u>Petition Date.</u> Financial information for the Debtor is, unless otherwise noted herein or in the Schedules and Statement, provided as of close of business on November 22, 2016.

m) <u>Totals.</u> All totals that are included in the Schedules and Statement represent totals of all known amounts included in the Debtor's books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

n) <u>Undetermined Amounts.</u> The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

o) In the public, redacted version of these Schedules and Statement, the Debtor has not identified any depositors of the Debtor (the "***Depositors***") as pursuant to the Anguillan Confidential Relationships Act, R.S.A. c. C85 (the "***Confidential Relationships Act***"), the divulgence of information such as the names, addresses, account balances and other confidential information of Depositors could subject the Administrator and the Debtor to criminal penalties, which includes fines and incarceration (for individuals). Further discussion on the Debtor's treatment in the Schedules and Statement of such information is provided below.

4

2.    **Specific Schedules and Statement Disclosures**

a) <u>Schedule A/B</u>.    Schedule A/B lists the Debtor's real and personal property.    In accordance with 11 U.S.C. § 1528, Schedule A/B relates only to assets of the Debtor, if any, located within the territorial jurisdiction of the United States, including choses in action related to property located within the territorial jurisdiction of the United States.

b) <u>Schedule C</u>.    Because the Debtor does not claim any property as "exempt," it has not included a Schedule C that would otherwise list any "exempt" property.

c) <u>Schedule D</u>.    The Debtor does not believe that it has any secured creditors.

d) <u>Schedule E/F</u>.    Schedule E/F lists the Debtor's priority and non-priority unsecured creditors.    With respect to Part 1 of Schedule E/F, the Debtor believes that it has no creditors that hold a priority claim with respect to any assets the Debtor may have within the territorial jurisdiction of the United States.

Part 2 of Schedule E/F, which identifies creditors holding general unsecured claims against the Debtor, lists the Debtor's depositors (the "***Depositors***"), which constitute the entire body of such creditors.    In order to permit the Debtor and the Administrator to comply with both the Confidential Relationships Act and the reporting requirements of the Bankruptcy Code and the Bankruptcy Rules, on November 22, 2016, the Debtor filed its Motion for a *Protective Order Regarding the Confidential Information of the Debtor's Depositors Pursuant to Sections 105 and 107 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 1007(j) and 9037* (the "***Sealing Motion***").    On December 12, 2016, the Court entered an Order granting the Sealing Motion (the "***Sealing Order***"). [Dkt. No. 19]    Pursuant to the Sealing Order, the Debtor will (i) file the Schedules and Statements under seal to the extent that they identify the Depositors and (ii) provide an unredacted version of Schedules and Statement to (a) the Court's Chambers, (b) the United States Trustee, and (c) the Noticing Agent retained by the Debtor.    The Debtor will file publicly a redacted version of the Schedules and Statement, which shall (i) identify Depositors by the Numeric Identifier assigned to such Depositor and (ii) list the account balance of such Depositor.

Notwithstanding redaction in the Statement and/or Schedules, the Debtor will include the relevant un-redacted information in any customized proof of claim form provided to any such creditor.

The claims of creditors are listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor.    The Debtor reserves all of its rights respecting such credits and allowances.    The amounts listed may be exclusive of contingent and unliquidated amounts.

e) <u>Schedule G.</u>    Upon the Administrator's and FTI's review of the Debtor's books and records and investigation of the Debtor's business operations, the Debtor does not believe that it is a party to any executory contracts or unexpired leases and, accordingly, Schedule G is not relevant to this case.

f) <u>Schedule H.</u> Schedule H identifies any persons co-obligated on claims asserted against the Debtor's assets located within the territorial jurisdiction of the United States.    The Debtor has identified on Schedule H those persons who are also obligated on account of the claims of the Depositors, through contract or otherwise, identified at Part 2 of Schedule E/F.

**Fill in this information to identify the case:**

Debtor name  Caribbean Commercial Investment Bank Ltd.

United States Bankruptcy Court for the: Southern _____ District of  New York _____
(State)

Case number (If known):  16-13311 (SMB) _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................

   $0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................

   $unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................

   $unknown

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................

   $0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................

   $0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................

   + $  35,589,846.76

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $35,589,846.76

---



American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  Caribbean Commercial Investment Bank, Ltd.

United States Bankruptcy Court for the:  __Southern__  District of  __New York__
(State)

Case number (If known):  __16-13311 (SMB)__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America, N.A. | funds held in constructive trust | _____ | $ __unknown__ |

4. **Other cash equivalents** (*Identify all*)

   4.1. _____     $ _____
   4.2. _____     $ _____

5. **Total of Part 1**     $ __unknown__
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $ _____
   7.2. _____     $ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Caribbean Commercial Investment Bank, Ltd.                          Case number (if known) 16-13311 (SMB)
_____ Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Pre-petition retainer held by Reed Smith LLP _____ $ _____30,920.60

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                   $ _____30,920.60

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ =....... ➔   $ _____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ =....... ➔   $ _____
                            face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.              $ _____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. Investment portfolio in Morgan Stanley Smith Barney          Statement     $ $7,666

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____  _____ %   _____   $ _____

15.2. _____  _____ %   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                 $ $7,666

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page **2**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank, Ltd.    Case number *(if known)* 16-13311 (SMB)
Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank, Ltd.    Case number (if known) 16-13311 (SMB)
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor     Caribbean Commercial Investment Bank, Ltd.     Case number (if known) 16-13311 (SMB)
           Name

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank, Ltd. | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| **65. Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank, Ltd.    Case number (*if known*)    16-13311 (SMB)
_____    Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    ___    _____ = ➜ $ _____
                                         Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

**73. Interests in insurance policies or annuities**

_____    $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim        t_____

Amount requested        $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claims against Caribbean Commercial Bank (Anguilla) Ltd., National Commercial Bank of Anguilla Ltd., and Eastern Caribbean Central Bank    $ ___unknown___

Nature of claim        Fraudulent conveyance, unjust enrichment, breach of fiduciary duty, and other claims & causes of action

Amount requested        $ ___unknown___

**76. Trusts, equitable or future interests in property**

_____    $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90    $ ___unknown___

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank, Ltd.    Case number (if known) 16-13311 (SMB)
_____
Name

---

<div style="background:black; color:white">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ ___unknown___ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ ___30,920.60___ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ ___0___ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ ___$7,666___ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ ___0___ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ ___0___ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ ___0___ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ ___0___ | |
| 88. **Real property.** *Copy line 56, Part 9* .................................➔ | | $ _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ ___0___ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ ___unknown___ | |
| 91. **Total.** Add lines 80 through 90 for each column. .............................91a. | $ ___unknown___  **+** 91b. | $ _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $ ___unknown___ |

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **8**


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Caribbean Commercial Investment Bank Ltd. |
| United States Bankruptcy Court for the: | Southern District of New York |
| | (State) |
| Case number (If known): | 16-13311 (SMB) |

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $ _____ | $ _____ |

Creditor's mailing address

_____

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $ _____ | $ _____ |

Creditor's mailing address

_____

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 0.00

page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Caribbean Commercial Investment Bank Ltd. |
| United States Bankruptcy Court for the: | Southern District of New York |
| | (State) |
| Case number (If known) | 16-13311 (SMB) |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* $ _____ | | $ _____ |

Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**

Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**

Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

page 1 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number (if known)  16-13311 (SMB)
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  $          9,491.75 |
|---|---|---|
| CCIB 137 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $          85.25 |
|---|---|---|
| CCIB 317 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $          10,815.64 |
|---|---|---|
| CCIB 130 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $          1,038.90 |
|---|---|---|
| CCIB 267 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No | |
| | ☐ Yes | |

page 2 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor _____   Case number *(if known)* __16-13311 (SMB)___
        Caribbean Commercial Investment Bank Ltd
        Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | Amount of claim |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

CCIB 335

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ _____0.18_____

**3.6** Nonpriority creditor's name and mailing address

CCIB 45

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ _____104,555.88_____

**3.7** Nonpriority creditor's name and mailing address

CCIB 305

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ _____151.19_____

**3.8** Nonpriority creditor's name and mailing address

CCIB 86

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ _____30,301.84_____

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor    Caribbean Commercial Investment Bank Ltd                    Case number *(if known)* 16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9** Nonpriority creditor's name and mailing address

CCIB 240

As of the petition filing date, the claim is:

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$                    1,515.67

---

**3.10** Nonpriority creditor's name and mailing address

CCIB 230

As of the petition filing date, the claim is:

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$                    1,843.61

---

**3.11** Nonpriority creditor's name and mailing address

CCIB 203

As of the petition filing date, the claim is:

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$                    2,807.41

---

**3.12** Nonpriority creditor's name and mailing address

CCIB 87

As of the petition filing date, the claim is:

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$                    $30,261.67

page 4 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd
        Name                                                      Case number (if known)  16-13311 (SMB)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.13** Nonpriority creditor's name and mailing address

CCIB 80

As of the petition filing date, the claim is:    $    $34,654.16

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

CCIB 39

As of the petition filing date, the claim is:    $    $130,000.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

CCIB 290

As of the petition filing date, the claim is:    $    $331.33

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

CCIB 146

As of the petition filing date, the claim is:    $    $8,248.32

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

CCIB 67

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ **$47,525.32**

---

**3.18** Nonpriority creditor's name and mailing address

CCIB 248

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ **$1,254.75**

---

**3.19** Nonpriority creditor's name and mailing address

CCIB 43

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ **$113,483.44**

---

**3.20** Nonpriority creditor's name and mailing address

CCIB 79

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ **$35,889.86**

page 6 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.21** Nonpriority creditor's name and mailing address

CCIB 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $3,839,808.54

---

**3.22** Nonpriority creditor's name and mailing address

CCIB 33

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $171,005.85

---

**3.23** Nonpriority creditor's name and mailing address

CCIB 118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $12,166.78

---

**3.24** Nonpriority creditor's name and mailing address

CCIB 115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $12,788.59

page 7 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Caribbean Commercial Investment Bank Ltd_____  Case number *(if known)* 16-13311 (SMB)
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.25** | Nonpriority creditor's name and mailing address

__CCIB 275_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$      $795.67

**3.26** | Nonpriority creditor's name and mailing address

__CCIB 31_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$      $184,725.70

**3.27** | Nonpriority creditor's name and mailing address

__CCIB 261_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$      $1,110.36

**3.28** | Nonpriority creditor's name and mailing address

__CCIB 316_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$      $93.03

*page 8 of 87*


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29** Nonpriority creditor's name and mailing address

CCIB 99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$  $21,563.05

---

**3.30** Nonpriority creditor's name and mailing address

CCIB 281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$  $471.14

---

**3.31** Nonpriority creditor's name and mailing address

CCIB 191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$  $3,655.82

---

**3.32** Nonpriority creditor's name and mailing address

CCIB 77

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$  $37,472.33

---

page 9 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.33**  Nonpriority creditor's name and mailing address

CCIB 84

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $30,928.91

**3.34**  Nonpriority creditor's name and mailing address

CCIB 278

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $701.23

**3.35**  Nonpriority creditor's name and mailing address

CCIB 69

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $40,653.37

**3.36**  Nonpriority creditor's name and mailing address

CCIB 23

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $220,713.98

page 10 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____
      Caribbean Commercial Investment Bank Ltd
      Name

Case number *(if known)* 16-13311 (SMB)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

CCIB 184

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$     $4,312.81

---

**3.38** | **Nonpriority creditor's name and mailing address**

CCIB 107

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$     $16,711.63

---

**3.39** | **Nonpriority creditor's name and mailing address**

CCIB 224

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$     $1,958.95

---

**3.40** | **Nonpriority creditor's name and mailing address**

CCIB 40

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$     $129,684.35

---

page 11 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd.                    Case number *(if known)* 16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.41** Nonpriority creditor's name and mailing address

CCIB 245

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    $1,331.90

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.42** Nonpriority creditor's name and mailing address

CCIB 147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$    $8,150.32

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address

CCIB 57

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    $70,247.60

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

CCIB 231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    $1,830.06

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **$11,367.75** |
|---|---|---|---|---|

CCIB 127

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **$271,001.00** |
|---|---|---|---|---|

CCIB 17

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **$5.38** |
|---|---|---|---|---|

CCIB 334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **$1,224.00** |
|---|---|---|---|---|

CCIB 251

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 13 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd.    Case number *(if known)* 16-13311 (SMB)
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.49** Nonpriority creditor's name and mailing address

CCIB 16

As of the petition filing date, the claim is:    $    $280,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

CCIB 198

As of the petition filing date, the claim is:    $    $2,916.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

CCIB 309

As of the petition filing date, the claim is:    $    $116.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

CCIB 125

As of the petition filing date, the claim is:    $    $11,519.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

page 14 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|--------|-------------------------------------------|-------------------------|----------------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.53**  **Nonpriority creditor's name and mailing address**

CCIB 325

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $39.33

**3.54**  **Nonpriority creditor's name and mailing address**

CCIB 294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $268.02

**3.55**  **Nonpriority creditor's name and mailing address**

CCIB 30

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $189,863.93

**3.56**  **Nonpriority creditor's name and mailing address**

CCIB 182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $4,515.93

page 15 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.57** | **Nonpriority creditor's name and mailing address**

CCIB 323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $47.14

---

**3.58** | **Nonpriority creditor's name and mailing address**

CCIB 233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $1,778.03

---

**3.59** | **Nonpriority creditor's name and mailing address**

CCIB 326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $33.30

---

**3.60** | **Nonpriority creditor's name and mailing address**

CCIB 140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $9,062.91

page 16 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Caribbean Commercial Investment Bank Ltd.          Case number *(if known)* 16-13311 (SMB)
         Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | $345.59 |

CCIB 288

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | $520,750.92 |

CCIB 11

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | $75.17 |

CCIB 319

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | $5,396.62 |

CCIB 166

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

page 17 of 87



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.65** Nonpriority creditor's name and mailing address

CCIB 217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $2,205.58

---

**3.66** Nonpriority creditor's name and mailing address

CCIB 42

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $116,692.82

---

**3.67** Nonpriority creditor's name and mailing address

CCIB 111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $13,949.09

---

**3.68** Nonpriority creditor's name and mailing address

CCIB 329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $17.20

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Caribbean Commercial Investment Bank Ltd
        Name                                                    Case number (if known) 16-13311 (SMB)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69**  Nonpriority creditor's name and mailing address

CCIB 235

As of the petition filing date, the claim is:

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $1,640.02

**3.70**  Nonpriority creditor's name and mailing address

CCIB 299

As of the petition filing date, the claim is:

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $205.34

**3.71**  Nonpriority creditor's name and mailing address

CCIB 296

As of the petition filing date, the claim is:

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $234.01

**3.72**  Nonpriority creditor's name and mailing address

CCIB 229

As of the petition filing date, the claim is:

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $1,880.35

page 19 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd |  | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|---|
|  | Name |  |  |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.73** **Nonprofit creditor's name and mailing address**

CCIB 164

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $5,416.53

---

**3.74** **Nonprofit creditor's name and mailing address**

CCIB 211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $2,524.63

---

**3.75** **Nonprofit creditor's name and mailing address**

CCIB 98

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $22,476.88

---

**3.76** **Nonprofit creditor's name and mailing address**

CCIB 6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ $1,054,629.62


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Caribbean Commercial Investment Bank Ltd._____    Case number *(if known)* 16-13311 (SMB)
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.77** | **Nonpriority creditor's name and mailing address**

CCIB 37
_____
_____
_____

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $143,217.88

---

**3.78** | **Nonpriority creditor's name and mailing address**

CCIB 61
_____
_____
_____

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $55,910.79

---

**3.79** | **Nonpriority creditor's name and mailing address**

CCIB 144
_____
_____
_____

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $8,310.29

---

**3.80** | **Nonpriority creditor's name and mailing address**

CCIB 66
_____
_____
_____

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ $47,587.34

page 21 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.81** | **Nonpriority creditor's name and mailing address**

CCIB 56

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    **$71,781.23**

---

**3.82** | **Nonpriority creditor's name and mailing address**

CCIB 51

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    **$86,505.95**

---

**3.83** | **Nonpriority creditor's name and mailing address**

CCIB 172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    **$5,170.80**

---

**3.84** | **Nonpriority creditor's name and mailing address**

CCIB 321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    **$65.47**

---

page 22 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor    Caribbean Commercial Investment Bank Ltd
         Name

Case number (if known) 16-13311 (SMB)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.85** | Nonpriority creditor's name and mailing address

CCIB 283

As of the petition filing date, the claim is:    $    $403.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.86** | Nonpriority creditor's name and mailing address

CCIB 88

As of the petition filing date, the claim is:    $    $30,261.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.87** | Nonpriority creditor's name and mailing address

CCIB 242

As of the petition filing date, the claim is:    $    $1,453.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.88** | Nonpriority creditor's name and mailing address

CCIB 132

As of the petition filing date, the claim is:    $    $10,193.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 23 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd.
    Name

Case number *(if known)* 16-13311 (SMB)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.89** | **Nonpriority creditor's name and mailing address**

CCIB 272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$      **$993.24**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

CCIB 304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$      **$158.82**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

CCIB 213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$      **$2,386.92**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**

CCIB 174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$      **$5,032.87**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

*page 24 of 87*


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd.                                Case number (if known) 16-13311 (SMB)
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.93** Nonpriority creditor's name and mailing address

CCIB 101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $20,622.60

---

**3.94** Nonpriority creditor's name and mailing address

CCIB 221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $2,022.83

---

**3.95** Nonpriority creditor's name and mailing address

CCIB 139

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $9,075.32

---

**3.96** Nonpriority creditor's name and mailing address

CCIB 226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $1,951.76

---

page 25 of 87



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) 16-13311 (SMB) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

CCIB 195

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $3,044.66

**3.98** Nonpriority creditor's name and mailing address

CCIB 286

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $355.21

**3.99** Nonpriority creditor's name and mailing address

CCIB 219

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $2,163.70

**3.100** Nonpriority creditor's name and mailing address

CCIB 119

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $12,046.53

page 26 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd            Case number *(if known)*  16-13311 (SMB)
_____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.101** Nonpriority creditor's name and mailing address

CCIB 109

As of the petition filing date, the claim is:  $    $14,360.68

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.102.** Nonpriority creditor's name and mailing address

CCIB 312

As of the petition filing date, the claim is:  $    103.75

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

CCIB 151

As of the petition filing date, the claim is:  $    7,098.14

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

CCIB 138

As of the petition filing date, the claim is:  $    9,316.66

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

page 27 of 87

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105** Nonpriority creditor's name and mailing address

CCIB 254

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $    1,178.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

CCIB 148

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $    8,097.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

CCIB 169

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $    5,296.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

CCIB 123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $    11,639.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

page 28 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd.    Case number (*if known*) 16-13311 (SMB)
Name

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    5,406.72

CCIB 165

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    30,530.09

CCIB 85

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    1,212.68

CCIB 252

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    1,212.68

CCIB 253

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

page 29 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113**    **Nonpriority creditor's name and mailing address**

CCIB 265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,044.47

---

**3.114**    **Nonpriority creditor's name and mailing address**

CCIB 35

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 150,801.00

---

**3.115**    **Nonpriority creditor's name and mailing address**

CCIB 202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,821.12

---

**3.116**    **Nonpriority creditor's name and mailing address**

CCIB 9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 618,000.00

page 30 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
           Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.117**   Nonpriority creditor's name and mailing address

CCIB 78

As of the petition filing date, the claim is:    $    35,966.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.118**   Nonpriority creditor's name and mailing address

CCIB 264

As of the petition filing date, the claim is:    $    1,077.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.119**   Nonpriority creditor's name and mailing address

CCIB 302

As of the petition filing date, the claim is:    $    164.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.120**   Nonpriority creditor's name and mailing address

CCIB 301

As of the petition filing date, the claim is:    $    174.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 31 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor   Caribbean Commercial Investment Bank Ltd                    Case number *(if known)* 16-13311 (SMB)
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.121**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**     $                778.86

CCIB 276

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___     ☐ No
                                                      ☐ Yes

**3.122**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**     $             30,000.00

CCIB 90

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___     ☐ No
                                                      ☐ Yes

**3.123**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**     $              1,525.72

CCIB 238

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___     ☐ No
                                                      ☐ Yes

**3.124**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**     $              9,948.16

CCIB 134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___     ☐ No
                                                      ☐ Yes

page 32 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd.
        Name

Case number *(if known)* 16-13311 (SMB)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125**  Nonpriority creditor's name and mailing address

CCIB 186

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $       **$4,231.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.126**  Nonpriority creditor's name and mailing address

CCIB 218

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $       **2,199.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.127**  Nonpriority creditor's name and mailing address

CCIB 141

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $       **8,589.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.128**  Nonpriority creditor's name and mailing address

CCIB 322

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $       **54.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

*page 33 of 87*



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd.
        Name

Case number (if known) 16-13311 (SMB)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.129** Nonpriority creditor's name and mailing address

CCIB 110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,229.08

---

**3.130** Nonpriority creditor's name and mailing address

CCIB 284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ $391.40

---

**3.131** Nonpriority creditor's name and mailing address

CCIB 180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,652.05

---

**3.132** Nonpriority creditor's name and mailing address

CCIB 19

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 268,871.78

page 34 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.133** Nonpriority creditor's name and mailing address

CCIB 20

As of the petition filing date, the claim is:    $    260,917.55

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.134** Nonpriority creditor's name and mailing address

CCIB 206

As of the petition filing date, the claim is:    $    2,677.19

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.135** Nonpriority creditor's name and mailing address

CCIB 74

As of the petition filing date, the claim is:    $    38,467.20

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.126** Nonpriority creditor's name and mailing address

CCIB 8

As of the petition filing date, the claim is:    $    866,433.69

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

page 35 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   16-13311-smb   Doc 28   Filed 12/20/16   Entered 12/20/16 22:16:31   Main Document
     Caribbean Commercial Investment Bank Ltd      Pg 53 of 108     Case number *(if known)* 16-13311 (SMB)
   Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.137**   **Nonpriority creditor's name and mailing address**

CCIB 167

**As of the petition filing date, the claim is:**    $    5,333.53

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.138**   **Nonpriority creditor's name and mailing address**

CCIB 263

**As of the petition filing date, the claim is:**    $    1,086.66

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.139**   **Nonpriority creditor's name and mailing address**

CCIB 320

**As of the petition filing date, the claim is:**    $    74.52

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.140**   **Nonpriority creditor's name and mailing address**

CCIB 76

**As of the petition filing date, the claim is:**    $    37,650.32

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___



Debtor   Caribbean Commercial Investment Bank Ltd                    Case number *(if known)* 16-13311 (SMB)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.141**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $          1,243.14

CCIB 249                                                *Check all that apply.*
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim: _____

Date or dates debt was incurred        _____   Is the claim subject to offset?
Last 4 digits of account number        ___ ___ ___ ___   ☐ No
                                                        ☐ Yes

**3.142**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $          13,543.00

CCIB 113                                                *Check all that apply.*
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed
                                                        ☐ Liquidated and neither contingent nor
                                                          disputed
                                                        Basis for the claim: _____

Date or dates debt was incurred        _____   Is the claim subject to offset?
Last 4 digits of account number        ___ ___ ___ ___   ☐ No
                                                        ☐ Yes

**3.143**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $          2,663.60

CCIB 207                                                *Check all that apply.*
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim: _____

Date or dates debt was incurred        _____   Is the claim subject to offset?
Last 4 digits of account number        ___ ___ ___ ___   ☐ No
                                                        ☐ Yes

**3.144**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $          266.50

CCIB 295                                                *Check all that apply.*
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim: _____

Date or dates debt was incurred        _____   Is the claim subject to offset?
Last 4 digits of account number        ___ ___ ___ ___   ☐ No
                                                        ☐ Yes

page 37 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd
         Name                                                    Case number *(if known)* 16-13311 (SMB)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 11,577.32

CCIB 124

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 9,425,000.00

CCIB 1

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 3,448,749.53

CCIB 3

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 92,067.45

CCIB 50

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

page 3838 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number (if known) 16-13311 (SMB)
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,205.08

CCIB 194

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 53,013.56

CCIB 63

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,554.90

CCIB 210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 98,088.66

CCIB 48

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 22,572.18 |
|---|---|---|---|

CCIB 97

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,659.64 |
|---|---|---|---|

CCIB 122

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 49,042.23 |
|---|---|---|---|

CCIB 65

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 17,457.30 |
|---|---|---|---|

CCIB 105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 40 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** Nonpriority creditor's name and mailing address

CCIB 168

_____

_____

_____

As of the petition filing date, the claim is:    $      5,323.73

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address

CCIB 243

_____

_____

_____

As of the petition filing date, the claim is:    $      1,399.34

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address

CCIB 94

_____

_____

_____

As of the petition filing date, the claim is:    $      25,800.16

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address

CCIB 82

_____

_____

_____

As of the petition filing date, the claim is:    $      32,277.48

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

page 41 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd  
        Name

Case number *(if known)* 16-13311 (SMB)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.161** Nonpriority creditor's name and mailing address

CCIB 177

As of the petition filing date, the claim is:  $ **4,923.47**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.162** Nonpriority creditor's name and mailing address

CCIB 314

As of the petition filing date, the claim is:  $ **99.49**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.163** Nonpriority creditor's name and mailing address

CCIB 95

As of the petition filing date, the claim is:  $ **23,825.46**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.164** Nonpriority creditor's name and mailing address

CCIB 161

As of the petition filing date, the claim is:  $ **5,963.64**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

page 4242 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
         Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.165** Nonpriority creditor's name and mailing address

CCIB 244

As of the petition filing date, the claim is: $ 1,373.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.166** Nonpriority creditor's name and mailing address

CCIB 256

As of the petition filing date, the claim is: $ 1,168.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.167** Nonpriority creditor's name and mailing address

CCIB 330

As of the petition filing date, the claim is: $ 15.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.168** Nonpriority creditor's name and mailing address

CCIB 96

As of the petition filing date, the claim is: $ 22,786.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

page 43 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.169** | Nonpriority creditor's name and mailing address

CCIB 183

| As of the petition filing date, the claim is: | $ | 4,368.38 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.170** | Nonpriority creditor's name and mailing address

CCIB 128

| As of the petition filing date, the claim is: | $ | 11,344.15 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.171** | Nonpriority creditor's name and mailing address

CCIB 154

| As of the petition filing date, the claim is: | $ | 6,760.13 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.172** | Nonpriority creditor's name and mailing address

CCIB 28

| As of the petition filing date, the claim is: | $ | 195,421.44 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

page 44 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.173** | Nonpriority creditor's name and mailing address

CCIB 327

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 26.51

---

**3.174** | Nonpriority creditor's name and mailing address

CCIB 255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,175.44

---

**3.175** | Nonpriority creditor's name and mailing address

CCIB 133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 10,035.22

---

**3.176** | Nonpriority creditor's name and mailing address

CCIB 306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 149.08

---

page 45 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** | Nonpriority creditor's name and mailing address

CCIB 297

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 220.42

**3.178** | Nonpriority creditor's name and mailing address

CCIB 34

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 169,500.00

**3.179** | Nonpriority creditor's name and mailing address

CCIB 64

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 50,180.68

**3.180** | Nonpriority creditor's name and mailing address

CCIB 100

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 20,953.77

page 46 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.181** Nonpriority creditor's name and mailing address

CCIB 175

As of the petition filing date, the claim is:    $ 5,000.63

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.182** Nonpriority creditor's name and mailing address

CCIB 36

As of the petition filing date, the claim is:    $ 145,401.87

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.183** Nonpriority creditor's name and mailing address

CCIB 259

As of the petition filing date, the claim is:    $ 1,117.06

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.184** Nonpriority creditor's name and mailing address

CCIB 308

As of the petition filing date, the claim is:    $ 133.74

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

page 47 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number (if known) 16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.185** Nonpriority creditor's name and mailing address

CCIB 13

As of the petition filing date, the claim is:    $ 428,250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

CCIB 55

As of the petition filing date, the claim is:    $ 71,850.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address

CCIB 22

As of the petition filing date, the claim is:    $ 252,113.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

CCIB 159

As of the petition filing date, the claim is:    $ 6,082.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

page 48 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.189**  Nonpriority creditor's name and mailing address

CCIB 185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,274.44

---

**3.190**  Nonpriority creditor's name and mailing address

CCIB 44

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 110,000.00

---

**3.191**  Nonpriority creditor's name and mailing address

CCIB 72

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 38,716.98

---

**3.192**  Nonpriority creditor's name and mailing address

CCIB 52

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 84,719.06

*page 49 of 87*


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
       Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.193**  **Nonpriority creditor's name and mailing address**

CCIB 163

As of the petition filing date, the claim is: $     5,452.94

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.194**  **Nonpriority creditor's name and mailing address**

CCIB 307

As of the petition filing date, the claim is: $     135.49

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.195**  **Nonpriority creditor's name and mailing address**

CCIB 120

As of the petition filing date, the claim is: $     11,986.64

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.196**  **Nonpriority creditor's name and mailing address**

CCIB 220

As of the petition filing date, the claim is: $     2,128.33

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

page 50 of 87



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) 16-13311 (SMB) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197**  Nonpriority creditor's name and mailing address

CCIB 193

As of the petition filing date, the claim is:     $                 3,418.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.198**  Nonpriority creditor's name and mailing address

CCIB 268

As of the petition filing date, the claim is:     $                 1,033.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.199**  Nonpriority creditor's name and mailing address

CCIB 232

As of the petition filing date, the claim is:     $                 1,788.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.200**  Nonpriority creditor's name and mailing address

CCIB 208

As of the petition filing date, the claim is:     $                 2,651.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Caribbean Commercial Investment Bank Ltd                    Case number *(if known)* 16-13311 (SMB)
        Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.201**  Nonpriority creditor's name and mailing address

CCIB 209

As of the petition filing date, the claim is:                 $         2,580.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.202**  Nonpriority creditor's name and mailing address

CCIB 173

As of the petition filing date, the claim is:                 $         5,062.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.203**  Nonpriority creditor's name and mailing address

CCIB 225

As of the petition filing date, the claim is:                 $         1,954.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.204**  Nonpriority creditor's name and mailing address

CCIB 313

As of the petition filing date, the claim is:                 $         100.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 5252 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.205** | **Nonpriority creditor's name and mailing address**

CCIB 192

**As of the petition filing date, the claim is:**    $            3,636.14

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

CCIB 32

**As of the petition filing date, the claim is:**    $          174,430.52

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**

CCIB 24

**As of the petition filing date, the claim is:**    $          214,649.49

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**

CCIB 149

**As of the petition filing date, the claim is:**    $            7,668.02

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

page 53 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.209**

Nonpriority creditor's name and mailing address

CCIB 196

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$     3,011.48

---

**3.210**

Nonpriority creditor's name and mailing address

CCIB 332

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$     12.36

---

**3.211**

Nonpriority creditor's name and mailing address

CCIB 145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$     8,260.66

---

**3.212**

Nonpriority creditor's name and mailing address

CCIB 91

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$     28,966.03


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.213** | **Nonpriority creditor's name and mailing address**

CCIB 310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.29

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**

CCIB 62

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,000.00

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**

CCIB 10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 595,154.53

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**

CCIB 68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46,132.35

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

page 55 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com



Debtor  Caribbean Commercial Investment Bank Ltd
_____
        Name

Case number (if known) 16-13311 (SMB)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217**  Nonpriority creditor's name and mailing address

CCIB 104
_____
_____
_____

As of the petition filing date, the claim is:          $          17,705.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.218**  Nonpriority creditor's name and mailing address

CCIB 239
_____
_____
_____

As of the petition filing date, the claim is:          $          1,523.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.219**  Nonpriority creditor's name and mailing address

CCIB 199
_____
_____
_____

As of the petition filing date, the claim is:          $          2,887.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.220**  Nonpriority creditor's name and mailing address

CCIB 200
_____
_____
_____

As of the petition filing date, the claim is:          $          2,887.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

page 56 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor __Caribbean Commercial Investment Bank Ltd_____    Case number (if known) 16-13311 (SMB)
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.221**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $    20,612.83

CCIB 102          Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __      ☐ No
                                                      ☐ Yes

---

**3.222**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $    26.38

CCIB 328          Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __      ☐ No
                                                      ☐ Yes

---

**3.223**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $    309,734.85

CCIB 15          Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __      ☐ No
                                                      ☐ Yes

---

**3.224**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $    31,252.93

CCIB 83          Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __      ☐ No
                                                      ☐ Yes

page 57 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.225** Nonpriority creditor's name and mailing address

CCIB 298

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 216.73

---

**3.226** Nonpriority creditor's name and mailing address

CCIB 289

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 333.34

---

**3.227** Nonpriority creditor's name and mailing address

CCIB 158

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 6,183.81

---

**3.228** Nonpriority creditor's name and mailing address

CCIB 247

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,286.28

---

page 58 of 87



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
        Name

<table>
<tr><td colspan="2"><b>Part 2:</b>    <b>Additional Page</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 39,974.31 |
|---|---|---|---|

CCIB 70

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 270,605.88 |
|---|---|---|---|

CCIB 18

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,846.45 |
|---|---|---|---|

CCIB 189

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 854.39 |
|---|---|---|---|

CCIB 274

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

page 59 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) 16-13311 (SMB) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.233**    Nonpriority creditor's name and mailing address

CCIB 250

As of the petition filing date, the claim is:    $     1,234.78

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.234**    Nonpriority creditor's name and mailing address

CCIB 280

As of the petition filing date, the claim is:    $     517.20

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.235**    Nonpriority creditor's name and mailing address

CCIB 179

As of the petition filing date, the claim is:    $     4,660.46

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.236**    Nonpriority creditor's name and mailing address

CCIB 7

As of the petition filing date, the claim is:    $     1,031,376.85

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

page 60 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** Nonpriority creditor's name and mailing address

CCIB 223

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$                1,972.23

**3.238** Nonpriority creditor's name and mailing address

CCIB 112

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$              13,646.66

**3.239** Nonpriority creditor's name and mailing address

CCIB 108

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$              15,246.36

**3.240** Nonpriority creditor's name and mailing address

CCIB 311

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$                 105.23


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd          Case number *(if known)* 16-13311 (SMB)
        Name

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 93.91
| | *Check all that apply.* |
| CCIB 315 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** _ _ _ _ | ☐ No |
| | ☐ Yes |

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,352.06
| | *Check all that apply.* |
| CCIB 214 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | ☐ Liquidated and neither contingent nor disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** _ _ _ _ | ☐ No |
| | ☐ Yes |

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 44.08
| | *Check all that apply.* |
| CCIB 324 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** _ _ _ _ | ☐ No |
| | ☐ Yes |

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 888.91
| | *Check all that apply.* |
| CCIB 273 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** _ _ _ _ | ☐ No |
| | ☐ Yes |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number (if known)    16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.245** Nonpriority creditor's name and mailing address

CCIB 156

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$    6,208.60

---

**3.246** Nonpriority creditor's name and mailing address

CCIB 106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$    16,745.23

---

**3.247** Nonpriority creditor's name and mailing address

CCIB 135

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$    9,746.96

---

**3.248** Nonpriority creditor's name and mailing address

CCIB 333

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$    11.53


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Caribbean Commercial Investment Bank Ltd |
|---|---|
| | Name |

Case number *(if known)* 16-13311 (SMB)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.249** Nonpriority creditor's name and mailing address

CCIB 162

As of the petition filing date, the claim is:    $  5,617.48

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.250** Nonpriority creditor's name and mailing address

CCIB 26

As of the petition filing date, the claim is:    $  204,295.54

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.251** Nonpriority creditor's name and mailing address

CCIB 277

As of the petition filing date, the claim is:    $  732.54

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.252** Nonpriority creditor's name and mailing address

CCIB 187

As of the petition filing date, the claim is:    $  4,070.76

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Caribbean Commercial Investment Bank Ltd                    Case number *(if known)* 16-13311 (SMB)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 38,511.11 |

CCIB 73

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 7,320.05 |

CCIB 150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,834.78 |

CCIB 178

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 205.18 |

CCIB 300

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 6565 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor ___Caribbean Commercial Investment Bank Ltd_____    Case number *(if known)* 16-13311 (SMB)
               Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.257**  Nonpriority creditor's name and mailing address

CCIB 21

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    **253,075.98**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.258**  Nonpriority creditor's name and mailing address

CCIB 60

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    **57,429.37**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.259**  Nonpriority creditor's name and mailing address

CCIB 93

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    **26,277.63**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.260**  Nonpriority creditor's name and mailing address

CCIB 279

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    **579.76**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd
          Name

Case number (if known) 16-13311 (SMB)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.261**

Nonpriority creditor's name and mailing address

CCIB 49

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 94,166.60

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.262**

Nonpriority creditor's name and mailing address

CCIB 241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,490.72

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.263**

Nonpriority creditor's name and mailing address

CCIB 41

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 118,501.24

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.264**

Nonpriority creditor's name and mailing address

CCIB 71

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 39,499.51

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

page 67 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
              Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.265** Nonpriority creditor's name and mailing address

CCIB 287

As of the petition filing date, the claim is:    $ _____ 352.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.266** Nonpriority creditor's name and mailing address

CCIB 331

As of the petition filing date, the claim is:    $ _____ 13.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.267** Nonpriority creditor's name and mailing address

CCIB 170

As of the petition filing date, the claim is:    $ _____ 5,275.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.268** Nonpriority creditor's name and mailing address

CCIB 282

As of the petition filing date, the claim is:    $ _____ 445.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 68 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.269** Nonpriority creditor's name and mailing address

CCIB 257

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,153.30

---

**3.270** Nonpriority creditor's name and mailing address

CCIB 103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 20,451.52

---

**3.271** Nonpriority creditor's name and mailing address

CCIB 258

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,149.54

---

**3.272** Nonpriority creditor's name and mailing address

CCIB 25

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 211,190.46

page 69 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.273** Nonpriority creditor's name and mailing address

CCIB 75

As of the petition filing date, the claim is:                    $       37,785.53

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.274** Nonpriority creditor's name and mailing address

CCIB 260

As of the petition filing date, the claim is:                    $       1,110.97

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.275** Nonpriority creditor's name and mailing address

CCIB 89

As of the petition filing date, the claim is:                    $       30,227.34

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.276** Nonpriority creditor's name and mailing address

CCIB 157

As of the petition filing date, the claim is:                    $       $6,187.98

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

page 70 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)*  16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277**  Nonpriority creditor's name and mailing address

CCIB 129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    11,127.23

---

**3.278**  Nonpriority creditor's name and mailing address

CCIB 143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $8,518.05

---

**3.279**  Nonpriority creditor's name and mailing address

CCIB 121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    11,776.27

---

**3.280**  Nonpriority creditor's name and mailing address

CCIB 181

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    4,544.94

---

page 71 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.281** Nonpriority creditor's name and mailing address

CCIB 116

As of the petition filing date, the claim is: $ 12,477.27

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.282** Nonpriority creditor's name and mailing address

CCIB 53

As of the petition filing date, the claim is: $ 76,445.25

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.283** Nonpriority creditor's name and mailing address

CCIB 197

As of the petition filing date, the claim is: $ 2,948.70

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.284** Nonpriority creditor's name and mailing address

CCIB 29

As of the petition filing date, the claim is: $ 191,270.06

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 72 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor  Caribbean Commercial Investment Bank Ltd          Case number *(if known)* 16-13311 (SMB)
        Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.285**  Nonpriority creditor's name and mailing address

CCIB 171

As of the petition filing date, the claim is:          $          5,187.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.286**  Nonpriority creditor's name and mailing address

CCIB 262

As of the petition filing date, the claim is:          $          1,107.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.287**  Nonpriority creditor's name and mailing address

CCIB 291

As of the petition filing date, the claim is:          $          330.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.288**  Nonpriority creditor's name and mailing address

CCIB 303

As of the petition filing date, the claim is:          $          161.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 73 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor    Caribbean Commercial Investment Bank Ltd    Case number (if known)  16-13311 (SMB)
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.289** Nonpriority creditor's name and mailing address

CCIB 222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    2,012.21

---

**3.290** Nonpriority creditor's name and mailing address

CCIB 142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    8,533.99

---

**3.291** Nonpriority creditor's name and mailing address

CCIB 285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    358.52

---

**3.292** Nonpriority creditor's name and mailing address

CCIB 227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    1,921.90

---

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor  Caribbean Commercial Investment Bank Ltd    Case number (if known) 16-13311 (SMB)
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.293** Nonpriority creditor's name and mailing address

CCIB 266

As of the petition filing date, the claim is:    $    1,039.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.294** Nonpriority creditor's name and mailing address

CCIB 114

As of the petition filing date, the claim is:    $    13,096.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.295** Nonpriority creditor's name and mailing address

CCIB 59

As of the petition filing date, the claim is:    $    58,414.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.296** Nonpriority creditor's name and mailing address

CCIB 188

As of the petition filing date, the claim is:    $    4,048.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

page 75 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297**

**Nonpriority creditor's name and mailing address**

CCIB 201

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 2,843.54

---

**3.298**

**Nonpriority creditor's name and mailing address**

CCIB 136

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 9,677.83

---

**3.299**

**Nonpriority creditor's name and mailing address**

CCIB 246

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,327.28

---

**3.300**

**Nonpriority creditor's name and mailing address**

CCIB 12

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 471,073.60



Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.301** Nonpriority creditor's name and mailing address

CCIB 153

As of the petition filing date, the claim is: $ 6,959.46

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.302** Nonpriority creditor's name and mailing address

CCIB 270

As of the petition filing date, the claim is: $ 1,017.39

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.303** Nonpriority creditor's name and mailing address

CCIB 54

As of the petition filing date, the claim is: $ 73,420.15

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.304** Nonpriority creditor's name and mailing address

CCIB 293

As of the petition filing date, the claim is: $ 285.88

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

page 77 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor    Caribbean Commercial Investment Bank Ltd
          Name

Case number (if known)  16-13311 (SMB)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.305** Nonpriority creditor's name and mailing address

CCIB 234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,729.14

**3.306** Nonpriority creditor's name and mailing address

CCIB 5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,540,197.99

**3.307** Nonpriority creditor's name and mailing address

CCIB 190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,750.69

**3.308** Nonpriority creditor's name and mailing address

CCIB 318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 80.15

page 78 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.309** | Nonpriority creditor's name and mailing address | | $    2,730.38 |

CCIB 204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | | $    2,702.76 |

CCIB 205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | | $6,557.58 |

CCIB 155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | | $    1,010.97 |

CCIB 271

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 79 of 87

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor  Caribbean Commercial Investment Bank Ltd
Name

Case number (if known) 16-13311 (SMB)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.313** Nonpriority creditor's name and mailing address

CCIB 216

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$    2,277.25

**3.314** Nonpriority creditor's name and mailing address

CCIB 269

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$    1,023.74

**3.315** Nonpriority creditor's name and mailing address

CCIB 47

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$    98,857.42

**3.316** Nonpriority creditor's name and mailing address

CCIB 212

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$    2,482.99

page 80 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd. | Case number (if known) 16-13311 (SMB) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.317** | Nonpriority creditor's name and mailing address

CCIB 131

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ **$10,199.01**

---

**3.318** | Nonpriority creditor's name and mailing address

CCIB 4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ **$1,881,479.94**

---

**3.319** | Nonpriority creditor's name and mailing address

CCIB 38

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ **135,871.56**

---

**3.320** | Nonpriority creditor's name and mailing address

CCIB 160

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ **5,986.04**

---

page 81 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number *(if known)* 16-13311 (SMB) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.321**

Nonpriority creditor's name and mailing address

CCIB 81

As of the petition filing date, the claim is:    $    33,317.54

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.322**

Nonpriority creditor's name and mailing address

CCIB 46

As of the petition filing date, the claim is:    $    100,001.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.323**

Nonpriority creditor's name and mailing address

CCIB 14

As of the petition filing date, the claim is:    $    385,990.67

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.324**

Nonpriority creditor's name and mailing address

CCIB 58

As of the petition filing date, the claim is:    $    69,504.25

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

page 8282 of 87



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
　　　　Name

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.325** | **Nonpriority creditor's name and mailing address**

CCIB 117

**As of the petition filing date, the claim is:**    $ 12,261.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address**

CCIB 176

**As of the petition filing date, the claim is:**    $ 4,932.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address**

CCIB 126

**As of the petition filing date, the claim is:**    $ 11,519.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

CCIB 236

**As of the petition filing date, the claim is:**    $ 1,609.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

page 83 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Caribbean Commercial Investment Bank Ltd    Case number *(if known)* 16-13311 (SMB)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.329**  Nonpriority creditor's name and mailing address

CCIB 27

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 200,000.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.330**  Nonpriority creditor's name and mailing address

CCIB 228

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,885.85

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.331**  Nonpriority creditor's name and mailing address

CCIB 215

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,282.64

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.332**  Nonpriority creditor's name and mailing address

CCIB 292

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 308.37

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

*page 84 of 87*



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Caribbean Commercial Investment Bank Ltd    Case number (if known) 16-13311 (SMB)
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.333**   Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:        $        27,583.89

CCIB 92                                                *Check all that apply.*
                                                        ☐ Contingent
_____            ☐ Unliquidated
_____            ☐ Disputed

_____            Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __        ☐ No
                                                        ☐ Yes

**3.334**   Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:        $        1,546.66

CCIB 237                                               *Check all that apply.*
                                                        ☐ Contingent
_____            ☐ Unliquidated
_____            ☐ Disputed

_____            Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __        ☐ No
                                                        ☐ Yes

**3.335**   Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:        $        7,047.03

CCIB 152                                               *Check all that apply.*
                                                        ☐ Contingent
_____            ☐ Unliquidated
_____            ☐ Disputed

_____            Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __        ☐ No
                                                        ☐ Yes

**3.336**   Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:        $_____

                                                        *Check all that apply.*
                                                        ☐ Contingent
_____            ☐ Unliquidated
_____            ☐ Disputed

_____            Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __        ☐ No
                                                        ☐ Yes

page 85 of 87


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Caribbean Commercial Investment Bank Ltd | Case number (if known) | 16-13311 (SMB) |
|---|---|---|---|
| | Name | | |
| | Name | | |

---

<table>
<tr><th>Part 3:</th><th colspan="3">Additional Page for Others to Be Notified About Unsecured Claims</th></tr>
</table>

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __

4._ 

Line_____

☐ Not listed. Explain _____

__ __ __ __



Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Caribbean Commercial Investment Bank Ltd._____    Case number (if known) __16-13311 (SMB)__
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____0.00_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ ___35,589,846.76___ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ ___35,589,846.76___ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name __Caribbean Commercial Investment Bank Ltd.__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (If known): __16-13311 (SMB)__    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name    Caribbean Commercial Investment Bank Ltd.

United States Bankruptcy Court for the:    Southern    District of    New York
(State)

Case number (If known):    16-13311 (SMB)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 Caribbean Commercial Bank (Anguilla) Ltd. <br> P.O. Box 44, The Valley <br> Street <br> Anguilla, British West Indies <br> City / State / ZIP Code | | All Depositors listed on Part 2 of Schedule E/F | ☐ D ☒ E/F ☐ G |
| 2.2 National Commercial Bank of Anguilla Ltd. <br> P.O. Box 44, The Valley <br> Street <br> Anguilla, British West Indies <br> City / State / ZIP Code | | All Depositors listed on Part 2 of Schedule E/F | ☐ D ☒ E/F ☐ G |
| 2.3 _____ <br> _____ <br> Street <br> _____ <br> City / State / ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ <br> _____ <br> Street <br> _____ <br> City / State / ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ <br> _____ <br> Street <br> _____ <br> City / State / ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  Caribbean Commercial Investment Bank Ltd.

United States Bankruptcy Court for the:  Southern _____ District of New York
(State)

Case number (If known):  16-13311 (SMB)

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CCIB0001 | | Bank Deposit | | | | $9,425,000.00 |
| 2 | CCIB0002 | | Bank Deposit | | | | $3,839,808.54 |
| 3 | CCIB0003 | | Bank Deposit | | | | $3,448,749.53 |
| 4 | CCIB0004 | | Bank Deposit | | | | $1,881,479.94 |
| 5 | CCIB0005 | | Bank Deposit | | | | $1,540,197.99 |
| 6 | CCIB0006 | | Bank Deposit | | | | $1,054629.62 |
| 7 | CCIB0007 | | Bank Deposit | | | | $1,031,376.85 |
| 8 | CCIB0008 | | Bank Deposit | | | | $866,433.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CCIB0009 | | Bank Deposit | | | $618,000.00 |
| 10 | CCIB0010 | | Bank Deposit | | | $595,154.53 |
| 11 | CCIB0011 | | Bank Deposit | | | $520,750.92 |
| 12 | CCIB0012 | | Bank Deposit | | | $471,073.60 |
| 13 | CCIB0013 | | Bank Deposit | | | $428,250.00 |
| 14 | CCIB0014 | | Bank Deposit | | | $385,900.67 |
| 15 | CCIB0015 | | Bank Deposit | | | $309,734.85 |
| 16 | CCIB0016 | | Bank Deposit | | | $280,000.00 |
| 17 | CCIB0017 | | Bank Deposit | | | $271,001.00 |
| 18 | CCIB0018 | | Bank Deposit | | | $270,605.88 |
| 19 | CCIB0019 | | Bank Deposit | | | $268,871.78 |
| 20 | CCIB0020 | | Bank Deposit | | | $260,917.55 |